| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. *Berger* | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 3/21 |
| 1. Article Addressed to:<br><br>SOUTHERN OAK CONSTRUCTION, LLC<br>C/O LILA ELLISON, REGISTERED AGENT<br>675 COUNTY ROAD 406<br>THORSBY, AL 35171 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below:    ☐ No<br><br>PO Box 298<br>Thorsby, AL 35171-0298 |
| 08cv177  S&C | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0002 6128 4660 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540