**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JONAH BERGER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.:    2:08cv177-MHT |
| | ) |
| **SOUTHERN OAK CONSTR., LLC,** | ) |
| | ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** the defendant, Southern Oak Construction, LLC in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Lila Ellison | Member of LLC |
| Daniel R. Ellison | Member of LLC |

　　　　　　　　/s/    Emily C. Marks
EMILY C. MARKS

　　　　　　　　/s/    C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorneys for the Defendant

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

David R. Arendall
Arendall & Associates
2018 Morris Avenue
Birmingham, Alabama  35203

Allen D. Arnold
Arendall & Associates
2018 Morris Avenue
Birmingham, Alabama  35203

                /s/ Emily C. Marks
                OF COUNSEL