IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JONAH BERGER,

    PLAINTIFF,                          CIVIL ACTION NO.

V.                                         2:08-cv-177-MHT

SOUTHERN OAK CONSTRUCTION, LLC

    DEFENDANT.

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on April 22, 2008 and was attended by:

Allen D. Arnold, Attorney for Jonah Berger

C. Winston Sheehan, Jr., Attorney for Southern Oak Construction, LLC

1.    **Pre-Discovery Disclosures**.

The parties will exchange by June 1, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

2.    **Discovery Plan**.

**Plaintiff's position**: Plaintiffs need discovery on the Plaintiffs' claims, damages and Defendant's defenses.

**Defendant's position**: Defendant needs discovery on the Plaintiffs' claims, damages and facts in support of Defendant's defenses.

The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by January 31, 2009.

**Interrogatories**:

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

**Requests for Admission**:

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

**Requests for Production of Documents**:

Maximum of 45 Requests for Production by each party. Responses due 30 days after service.

**Depositions**:

Maximum of 8 depositions by Plaintiff and 8 depositions by Defendant.

Each deposition is limited a maximum of 7 hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due**:

    From Plaintiffs:    November 3, 2008

    From Defendant:   December 17, 2008

Supplementations under Rule 26(e) due no later than 30 days before discovery concludes.

4. **Other Items**.

**Settlement**:

Settlement possibilities have commenced, but the parties are not certain if a resolution can be reached prior to trial.

**Conferences**:

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in March of 2009.

**Join Additional Parties and Amendments**:

Plaintiffs should be allowed until August 15, 2008, to join additional parties and to amend the pleadings.

Defendant should be allowed until September 15, 2008, to join additional parties and to amend the pleadings.

**Dispositive Motions**:

All potentially dispositive motions should be filed by 90 days prior to the Pre-Trial Conference.

**Final Lists of witnesses and exhibits**:

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiffs:    30 days prior to trial.

    From Defendant:    30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial**:

The case is set for trial on May 11, 2009, and at this time is expected to take approximately 2-3 days.

| | |
|---|---|
| /s/ Allen D. Arnold | /s/ C. Winston Sheehan, Jr. |
| _____ | _____ |
| Allen D. Arnold | C. Winston Sheehan, Jr. |
| Attorney for the Plaintiffs | Attorney for Defendant |
| Arendall & Associates | Ball, Ball, Matthews & Novak, PA |
| 2018 Morris Avenue, Third Floor | P. O. Box 2148 |
| Birmingham, AL 35203 | Montgomery, AL 36102-2148 |